**Paul D. CASEY, Individually and as administrator of the Estate of Patrick D. Casey, and Abigail O. Casey, Appellants**

v.

**MCDONALD'S CORPORATION, et al., Appellees**

No. 16-7124
September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed: 12/08/2016

Brendan J. Klaproth, Klaproth Law PLLC, Washington, DC, for Plaintiffs–Appellants.

Joseph J. Bottiglieri, Attorney, Andrew Butz, Michael Lawrence Pivor, Bonner Kiernan Trebach & Crociata LLP, Dominic G. Vorv, The Vorv Form, PLLC, Washington, DC, Donald Stephenson Schwinn, Esquire, Jordan Coyne LLP, Fairfax, VA, for Defendants–Appellees.

## ORDER

Upon consideration of appellants' motion to voluntarily dismiss appellees Good Life 1831 M LLC, DC Irish LLC, and 1900 M Restaurant Associates Inc., it is

**ORDERED** that the motion be granted, and Good Life 1831 M LLC, DC Irish LLC, and 1900 M Restaurant Associates Inc. be terminated as appellees in this appeal.